FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0194

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0194

_____

QLARANT INTEGRITY SOLUTIONS, LLC,

      Petitioner and Appellee,

  v.                                O R D E R

NICHOLAS GUTHNECK,

      Respondent and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

                                 For the Court,

                                      Electronically signed by:
                                      Mike McGrath
                         Chief Justice, Montana Supreme Court
                                  October 16 2024